**Order entered December 17, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00143-CR

**TORRY GOODSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F13-62599-K**

## ORDER

On December 2, 2015, this Court ordered the Dallas County District Clerk to file a supplemental clerk's record containing both sides of all jury notes within seven days. To date, we have not received the supplemental record, nor have we had any correspondence from the clerk regarding the status of the record.

Accordingly, we **ORDER** the trial court to make findings regarding the following.

- How many notes were sent by the jury to the trial court during deliberations.

- The manner in which the trial court responded to the jury's questions.

- If the trial court responded in writing to each jury note, whether the record can be supplemented with the trial court's written response.

We **ORDER** the trial court to transmit a record containing its written findings, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty days from the date of this order or when the findings are received.

/s/    ADA BROWN
            JUSTICE